## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JEREMY LYNN ORR** | : | **DOCKET NO. 22-cv-00184** |
| **REG. # 13490179** | | **SECTION P** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **USA, ET AL** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this petition be **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers this 4th day of May, 2022.

```
                  JAMES D. CAIN, JR.
              UNITED STATES DISTRICT JUDGE
```